IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALBERTO GALVAN, | § |
| | § |
| Plaintiff | § |
| | § |
| VS. | § |
| | §    C. A. NO. 4:13-cv-212 |
| CITY OF PASADENA, | § |
| | § |
| Defendant | § |

### JOINT NOTICE OF SETTLEMENT

The parties hereby jointly give notice to the Court that they have settled all claims related to this matter.

Accordingly, the parties respectfully request that the Court enter a conditional Order of Dismissal, giving them 30 days to complete the settlement of this matter and file a Stipulation of Dismissal and that the Court excuse all parties from the Conference scheduled for April 23, 2013.

        Respectfully Submitted,

        Gertz & Adair

        By:   /s/ RYAN W. GERTZ
                  Ryan W. Gertz
                  SBOT: 24048489
                  Federal ID No.: 1550189
                  Andrew P. Gertz
                  SBOT: 24064318
                  Federal ID No.: 1121985
                  Gertz Adair Law Firm
                  2630 Liberty
                  Beaumont, TX 77702

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY


By:   /S/ WILLIAM S. HELFAND
WILLIAM S. HELFAND
SBOT: 09388250
Federal ID No. 8791
Kathryn K. Boss
State Bar No:  24078240
Federal ID No.
1200 Smith Street, Suite 1400
Houston, Texas  77002
Telephone: (713) 658-1818
Telecopier: (713) 658-2553

ATTORNEYS FOR DEFENDANT
CITY OF PASADENA

### Certificate of Conference

The undersigned and Plaintiff's counsel, Andrew Gertz, are agreed to the filing of this pleading.


   /s/ WILLIAM S. HELFAND


### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the District's ECF service rules on this 22nd day of April 2013, as follows:

Ryan W. Gertz
Andrew P. Gertz
Gertz Adair Law Firm
2630 Liberty
Beaumont, TX 77702


*/S/ WILLIAM S. HELFAND*
WILLIAM S. HELFAND

1257971_1